UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH PAUL HELMS,<br><br>              Petitioner,<br><br>   vs.<br><br>JAMES A. YATES, WARDEN,<br><br>              Respondent. | CASE NO. ED CV 10-01201 R (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of JEREMIAH PAUL HELMS, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: August 12, 2011

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE